UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-CV-11416 (WGY) |
| ) | |
| HENRY B. SARGENT, ) | |
| FREDERICK M. MINTZ, ) | |
| ALAN P. FRAADE, ) | |
| JOSEPH J. TOMASEK and ) | |
| PATRICK GIORDANO, ) | |
| ) | |
| Defendants. ) | |

---

**<u>Joint Motion for Extension of All Deadlines for a Period of Ninety Days</u>**

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Henry B. Sargent, Frederick M. Mintz, Alan P. Fraade, Joseph J. Tomasek, and Patrick Giordano (collectively, the "Defendants") submit this Joint Motion for extension of the fact discovery deadline for purposes of depositions only (now presently June 12, 2020) and other subsequent deadlines including expert discovery deadlines (August 7, 2020) and for the case to be tried (November 2020) for ninety days.  Given the present coronavirus pandemic and the need to take multiple depositions requiring travel and numerous individuals congregating in conference room, the parties agree that a ninety day delay is appropriate.

However, the parties agree that non-deposition discovery and motion practice as related to that discovery can continue to take place during this time and that the June 12, 2020 deadline should remain in effect for that discovery and motion practice.

The parties therefore propose the following schedule going forward:

| | |
|---|---|
| Fact Discovery Cutoff (Documents and Motion Practice) | June 12, 2020 |
| Fact Discovery Deadline (Depositions) | September 10, 2020 |
| SEC Opening Expert Report(s) Due | September 24, 2020 |
| Defendants Opening Expert Report(s) Due | October 8, 2020 |
| Defendants Rebuttal Expert Report(s) Due | October 15, 2020 |
| SEC Rebuttal Expert Report(s) Due | October 23, 2020 |
| Deadline for Depositions of Experts | October 30, 2020 |
| Dispositive Motion Cutoff | November 6, 2020 |
| Exhibit and Witness Lists for Trial Due | January 4, 2021 |
| Deposition Designations Due | January 4, 2021 |
| Objections to Deposition Designations Due | January 11, 2021 |
| Objections to Exhibit Lists Due | January 11, 2021 |
| Counter Deposition Designations Due | January 18, 2021 |
| Motions in Limine/Daubert Motions Due | January 18, 2021 |
| Trial Begins | February 1, 2021 |

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

/s/ Deena R. Bernstein
Frank C. Huntington  (Mass. Bar No. 544045)
   Senior Trial Counsel
Deena R. Bernstein (Mass. Bar No. 558721)
   Senior Trial Counsel
Jonathan R. Allen (Mass. Bar No. 680729)
   Senior Enforcement Counsel
Boston Regional Office
33 Arch Street
Boston, MA  02110

**HENRY B. SARGENT**
By his attorneys,

/s/ Peter R. Ginsburg
Peter R. Ginsburg
David E. Danovitch
Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019
pginsburg@sullivanlaw.com
212-660-3000

**ALAN P. FRAADE**
Pro Se

/s/ Alan P. Fraade
260 Madison Avenue, 16th Floor
New York, NY 10016
apf@mitnzfraade.com
212-486-2500

**PATRICK GIORDANO**
By his attorney,

/s/ Timothy Cornell
Timothy Cornell
Cornell Dolan, P.C.
One International Place, Suite 1400
Boston, MA 02110
tcornell@cornelldolan.com
tcornell@cornelldolan.com

**FREDERICK M. MINTZ**
Pro Se

/s/ Frederick M. Mintz
260 Madison Avenue, 16th Floor
New York, NY 10016
fmm@mintzfraade.com
212-486-2500

**JOSEPH J. TOMASEK**
By his attorneys,

/s/ John A. Sten
John A. Sten
Jason C. Moreau
Pierce Atwood, LLP
100 Summer Street, 22md Floor
Boston, MA 02110
jsten@pierceatwood.com
(617) 488-8100

Dated:  March 18, 2020

**<u>Certificate of Service</u>**

I, Deena R. Bernstein, certify that on March 18, 2021, the foregoing joint statement was filed electronically with the Court.  The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

<u>/s/ Deena R. Bernstein</u>
Deena R. Bernstein