UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 19-CV-11416 (WGY) |
| HENRY B. SARGENT, FREDERICK M. MINTZ, ALAN P. FRAADE, JOSEPH J. TOMASEK and PATRICK GIORDANO, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## Joint Motion To Extend Certain Pretrial Deadlines

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Henry Sargent, Joseph Tomasek, and Patrick Giordano (collectively, the "Defendants"[1]) submit this Joint Motion to Extend Certain Pretrial Deadlines. The relief sought herein would *not* alter the date by which the Court has ordered the parties to be ready for trial—September 7, 2021. In support of this motion, the parties state as follows:

On February 16, 2021, the Court granted the parties' joint motion to extend fact discovery through March 22, 2021; ordered dispositive motions to be filed by May 20, 2021; and ordered the parties to be ready for trial by September 7, 2021. *See* ECF Nos. 133-34. The parties' previous motion had included a pretrial schedule that culminated in a trial-ready date of August 26, 2021. As noted, the Court set a trial ready date of September 7, 2021—12 days later than the parties had proposed. Accordingly, the parties now seek to extend each pretrial deadline

---

[1] The Court entered final judgment against Alan Fraade and Frederick Mintz on September 14, 2020. (ECF 118).

by 12 days (or 14 days if the 12th day falls on a Saturday).  These adjustments would account for the additional fact discovery that concluded on April 9th with the deposition of Defendant Tomasek, but would not alter the Court's trial-ready date of September 7, 2021.  The parties' proposed schedule (under which dispositive motions would be due on June 1, 2021, instead of May 20, 2021) is below.

|  | Previously Proposed Deadlines (ECF No. 131) | New Proposed Deadlines |
|---|---|---|
| SEC Opening Expert Report(s) Due | April 5, 2021 | April 16, 2021 |
| Defendants Opening Expert Report(s) Due | April 19, 2021 | May 3, 2021 |
| Defendants Rebuttal Expert Report(s) Due | April 26, 2021 | May 10, 2021 |
| SEC Rebuttal Expert Report(s) Due | May 6, 2021 | May 18, 2021 |
| Deadline for Depositions of Experts | May 14, 2021 | May 26, 2021 |
| Dispositive Motion Cutoff | May 20, 2021 | June 1, 2021 |
| Exhibit and Witness Lists for Trial Due | July 19, 2021 | August 2, 2021 |
| Deposition Designations Due | July 19, 2021 | August 2, 2021 |
| Objections to Deposition Designations Due | July 26, 2021 | August 9, 2021 |
| Objections to Exhibit Lists Due | July 26, 2021 | August 9, 2021 |
| Counter Deposition Designations Due | August 2, 2021 | August 16, 2021 |
| Motions in Limine/Daubert Motions Due | August 2, 2021 | August 16, 2021 |
| Ready for Trial | August 26, 2021 | September 7, 2021 |

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its Attorneys,

*/s/ David J. D'Addio*
Eric. A. Forni (Mass. Bar No. 669685)
David J. D'Addio (Mass. Bar No. 665790)
Senior Trial Counsel
Jonathan R. Allen (Mass. Bar No. 680729)
Senior Enforcement Counsel
Boston Regional Office
33 Arch Street
Boston, MA  02110

| | |
|---|---|
| **HENRY B. SARGENT** | **JOSEPH J. TOMASEK** |
| By his attorneys, | By his attorney, |
| */s/ Peter R. Ginsburg* | */s/ Jason Moreau* |
| Peter R. Ginsburg | Jason C. Moreau |
| Michelman & Robinson LLP | Armstrong Teasdale |
| 800 Third Avenue, 24th Floor | 225 Franklin Street |
| New York, NY 10022 | Boston, MA 02110 |
| 212-730-7700 | jmoreau@attlp.com |
| pginsberg@mrllp.com | (617) 256-1051 |
| | |
| David E. Danovitch | **PATRICK GIORDANO** |
| Luke M. Breckenridge | |
| Sullivan & Worcester LLP | By his attorney, |
| 1633 Broadway, 32nd Floor | |
| New York, NY 10019 | */s/ Timothy Cornell* |
| ddanovitch@sullivanlaw.com | Timothy Cornell |
| 212-660-3000 | Cornell Dolan, P.C. |
| | One International Place, Suite 1400 |
| | Boston, MA 02110 |
| | tcornell@cornelldolan.com |
| | 617-535-7763 |

Dated: April 15, 2021

## Certificate of Service

I, David J. D'Addio, certify that on April 15, 2021, I filed the foregoing motion electronically with the Court. The filing will be sent to the registered participants as identified on the Notice of Electronic Filing and may also be accessed through the Court's ECF system.

                                                */s/ David J. D'Addio*
                                                David J. D'Addio