UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
SECURITIES AND EXCHANGE COMMISSION,)
                               )
               Plaintiff,      )
          v.                   )     CIVIL ACTION
                               )     NO. 19-11416-WGY
HENRY B. SARGENT,              )
                               )
               Defendant.      )
                               )
_____)
```

YOUNG, D.J.                                     April 21, 2022

### ORDER OF PARTIAL RECUSAL

For the reasons set forth in the transcript of the hearing on April 21, 2022, I recuse myself from the determination of the two discreet issues discussed therein.

I remain responsible for the adjudication of all other aspects of this case.

*William A. Young*
WILLIAM G. YOUNG
DISTRICT JUDGE

[1]