UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
SECURITIES AND EXCHANGE COMMISSION,         )
                                            )
                Plaintiff,                  )
        v.                                  )   Case No. 19-CV-11416 (WGY)
                                            )
HENRY B. SARGENT,                           )
                                            )
                Defendant.                  )
_____ )

**DEFENDANT'S MOTION FOR
RECUSAL AND REASSIGNMENT**

Defendant Henry B. Sargent respectfully moves this Court to recuse itself from this matter and to refer this matter to the Clerk for random reassignment to an alternative district judge, pursuant to Local Rule 40.1(k)(1).  In support of this Motion, Defendant files herewith his Memorandum of Law stating the reasons why he is entitled to such relief.

Dated:   New York, New York
          June 19, 2023

                                  MOSKOWITZ COLSON GINSBERG
                                  & SCHULMAN, LLP

                                  /s/ Peter R. Ginsberg
                                Peter R. Ginsberg (admitted *pro hac vice*)
                                Christopher R. Neff (admitted *pro hac vice*)
                                80 Broad Street, Suite 1900
                                New York, New York 10004
                                (212) 257-6455
                                *Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE

I, Christopher R. Neff, certify that on June 16, 2023, counsel for Defendant conferred with counsel for Plaintiff pursuant to Local Rule 7.1 and that counsel have attempted in good faith to narrow or resolve the issues raised in this Motion.

                                                  /s/ Christopher R. Neff

## CERTIFICATE OF SERVICE

I, Peter R. Ginsberg, certify that on June 19, 2023, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to any indicated as non-registered participants.

                                                  /s/ Peter R. Ginsberg